IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 99-B-953-NE |
| | ) | |
| HAROLD GILMORE, | ) | |
| | ) | |
| Defendant. | ) | |

FILED 99 SEP 20 PM 1:37 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED SEP 2 0 1999

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Harold Gilmore, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Harold Gilmore on April 22, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Harold Gilmore, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Harold Gilmore, is indebted to Plaintiff in the principal sum of $8,040.00, U.S. Marshal costs of $123.90, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), accrued interest of $9,268.59 as of September 14, 1999, and at the rate of 9% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4. Plaintiff is due to recover from Defendant, Harold Gilmore, the total sum of $17,582.49, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the _20th_ day of September, 1999.

_Sharon Lovelace Blackburn_
UNITED STATES DISTRICT JUDGE